UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
MONESHA STATON FLUKER                         CASE NO. 20-10133
3007 CHAROLAIS DRIVE                          JUDGE BENJAMIN A. KAHN
GREENSBORO, NC  27406

    DEBTOR

SSN(1) XXX-XX-8979                            DATE: 12/02/2020

---

## REPORT OF FILED CLAIMS

---

   Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection.  After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---:|---|
| 15 BULL ST STE 200<br>15 BULL ST STE 200<br>SAVANNAH, GA  31401 | $0.00<br>INT: .00%<br>NAME ID: 181877<br>CLAIM #: 0033 | (S) SECURED<br>AMENDED<br>ACCT: 8979<br>COMMENT: 420CLM/WDRWN |
| ACE CASH EXPRESS<br>946 E BESSEMER AVE<br>GREENSBORO, NC  27405 | $0.00<br>INT: .00%<br>NAME ID: 181216<br>CLAIM #: 0010 | (U) UNSECURED<br>NOT FILED<br>ACCT: 2815<br>COMMENT: TOP TO BOTTOM CLEANING |
| ALLIED COLLECTION SERVICE INC<br>3080 S DURANGO RD STE 208<br>LAS VEGAS, NV  89117 | $0.00<br>INT: .00%<br>NAME ID: 160059<br>CLAIM #: 0011 | (U) UNSECURED<br>NOT FILED<br>ACCT: XXXX<br>COMMENT: SPRINT |
| ASHLEY FUNDING SERVICES LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $12.25<br>INT: .00%<br>NAME ID: 43468<br>CLAIM #: 0034 | (U) UNSECURED<br><br>ACCT: 3910<br>COMMENT: LABCORP |
| BROWN SUMMIT AUTO SALES INC<br>ATTN OFFICER/MANAGING AGENT<br>7212-A BROWN SUMMIT RD<br>BROWNS SUMMIT, NC  27214 | $3,500.00<br>INT: 6.75%<br>NAME ID: 181214<br>CLAIM #: 0007 | (V) VEHICLE-SECURED<br><br>ACCT: 2019<br>COMMENT: 11CHEV,620A,620A |
| CAPITAL ONE<br>P O BOX 30281<br>SALT LAKE CITY, UT  84130 | $0.00<br>INT: .00%<br>NAME ID: 53118<br>CLAIM #: 0012 | (U) UNSECURED<br>NOT FILED<br>ACCT: XXXX<br>COMMENT: |
| CAPITAL ONE BANK USA NA<br>P O BOX 71083<br>CHARLOTTE, NC  28272-1083 | $551.20<br>INT: .00%<br>NAME ID: 120077<br>CLAIM #: 0013 | (U) UNSECURED<br><br>ACCT: 6902<br>COMMENT: |
| FED LOAN SERVICING<br>P O BOX 69184<br>HARRISBURG, PA  17106 | $0.00<br>INT: .00%<br>NAME ID: 124085<br>CLAIM #: 0014 | (U) UNSECURED<br>NOT FILED<br>ACCT: 8979<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| FIRST CAPITAL FINANCE<br>ATTN OFFICER/MANAGING AGENT<br>3420 HIGHWAY 21 STE B<br>FORT MILL, SC  29715 | $650.00<br>INT:  .00%<br>NAME ID: 181215<br>CLAIM #:  0008 | (U) UNSECURED<br><br>ACCT: 8979<br>COMMENT: 1120OR |
| FIRST GUARANTY MORTGAGE<br>CORPORATION<br>% RUSHMORE LOAN MGMT SERVICES LLC<br>P O BOX 52708<br>IRVINE, CA  92619-2708 | MONTHLY PMT  $850.66<br>INT:  .00%<br>NAME ID: 177770<br>CLAIM #:  0004 | (H) ONGOING-SECURED<br><br>ACCT: 3465<br>COMMENT:  DT RERP,CTD EFF JULY20,1120A |
| FIRST GUARANTY MORTGAGE<br>CORPORATION<br>% RUSHMORE LOAN MGMT SERVICES LLC<br>P O BOX 52708<br>IRVINE, CA  92619-2708 | $10,612.92<br>INT:  .00%<br>NAME ID: 177770<br>CLAIM #:  0005 | (H3) PRE-PETITION ARREARAGE-SECURED<br><br>ACCT: 3465<br>COMMENT:  ARR THRU FEB20 |
| FIRST GUARANTY MORTGAGE<br>CORPORATION<br>% RUSHMORE LOAN MGMT SERVICES LLC<br>P O BOX 52708<br>IRVINE, CA  92619-2708 | $3,535.80<br>INT:  .00%<br>NAME ID: 177770<br>CLAIM #:  0006 | (H1) POST-PETITION ARREARAGE-SECURE<br><br>ACCT: 3549<br>COMMENT:  ARR MAR THRU JUN20 |
| FIRST GUARANTY MORTGAGE<br>CORPORATION<br>% RUSHMORE LOAN MGMT SERVICES LLC<br>P O BOX 52708<br>IRVINE, CA  92619-2708 | $450.00<br>INT:  .00%<br>NAME ID: 177770<br>CLAIM #:  0036 | (H2) POST-PETITION FEES-SECURED<br><br>ACCT: 3465<br>COMMENT:  POST PET FEE |
| FIRST NATIONAL CREDIT CARD<br>500 E 60TH ST N<br>SIOUX FALLS, SD  57104 | $0.00<br>INT:  .00%<br>NAME ID: 13918<br>CLAIM #:  0015 | (U) UNSECURED<br>NOT FILED<br>ACCT: XXXX<br>COMMENT: |
| FIRST PREMIER BANK<br>3820 N LOUISE AVE<br>SIOUX FALLS, SD  57104 | $0.00<br>INT:  .00%<br>NAME ID: 67008<br>CLAIM #:  0016 | (U) UNSECURED<br>NOT FILED<br>ACCT: XXXX<br>COMMENT: |
| FIRST PREMIER BANK<br>3820 N LOUISE AVE<br>SIOUX FALLS, SD  57104 | $0.00<br>INT:  .00%<br>NAME ID: 67008<br>CLAIM #:  0017 | (U) UNSECURED<br>NOT FILED<br>ACCT: XXXX<br>COMMENT: |
| GUILFORD CO REGISTER OF DEEDS<br>P O BOX 3427<br>GREENSBORO, NC  27402 | $52.00<br>INT:  .00%<br>NAME ID: 1159<br>CLAIM #:  0035 | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| GUILFORD COUNTY FINANCE DEPT<br>P O BOX 3427<br>GREENSBORO, NC  27402-3427 | $0.00<br>INT:  .00%<br>NAME ID: 162957<br>CLAIM #:  0018 | (U) UNSECURED<br>NOT FILED<br>ACCT: 0231<br>COMMENT: |
| GUILFORD COUNTY TAX<br>P O BOX 3138<br>GREENSBORO, NC  27402 | $15.87<br>INT:  .00%<br>NAME ID: 119336<br>CLAIM #:  0001 | (U) UNSECURED<br><br>ACCT: 18TX<br>COMMENT: |
| IC SYSTEMS<br>P O BOX 64378<br>ST PAUL, MN  55164-0378 | $0.00<br>INT:  .00%<br>NAME ID: 1974<br>CLAIM #:  0019 | (U) UNSECURED<br>NOT FILED<br>ACCT: XXXX<br>COMMENT:  TREE OF LIFE COUNSELING |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT:  .00%<br>NAME ID: 123770<br>CLAIM #:  0002 | (P) PRIORITY<br>NOT FILED<br>ACCT: 8979<br>COMMENT: |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $707.84<br>INT:  .00%<br>NAME ID: 43307<br>CLAIM #:  0020 | (U) UNSECURED<br><br>ACCT: 5812<br>COMMENT:  CREDIT ONE BANK |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $236.00<br>INT:  .00%<br>NAME ID: 9699<br>CLAIM #:  0003 | (P) PRIORITY<br><br>ACCT: 8979<br>COMMENT: OC |
| NC DIVISION OF EMPLOYMENT SECURITY<br>P O BOX 25903<br>RALEIGH, NC  27611-5903 | $0.00<br>INT:  .00%<br>NAME ID: 162954<br>CLAIM #:  0028 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| PMAB LLC<br>4135 S STREAM BLVD STE 400<br>CHARLOTTE, NC  28217 | $0.00<br>INT:  .00%<br>NAME ID: 146487<br>CLAIM #:  0021 | (U) UNSECURED<br>NOT FILED<br>ACCT: XXXX<br>COMMENT: |
| PROGRESSIVE MANAGEMENT<br>1521 W CAMERON AVE<br>WEST COVINA, CA  91790 | $0.00<br>INT:  .00%<br>NAME ID: 181219<br>CLAIM #:  0022 | (U) UNSECURED<br>NOT FILED<br>ACCT: XXXX<br>COMMENT:  NOVANT HEALTH |
| REEDYS AIR CONDITIONING & HEATING<br>643 BROOKSTOWN AVE<br>WINSTON SALEM, NC  27101 | $0.00<br>INT:  .00%<br>NAME ID: 158367<br>CLAIM #:  0023 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| STERN & ASSOCIATES<br>415 N EDGEWORTH ST #210<br>GREENSBORO, NC  27401 | $0.00<br>INT:  .00%<br>NAME ID: 18560<br>CLAIM #:  0024 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| TITLEMAX OF VIRGINIA INC<br>15 BULL ST STE 200<br>SAVANNAH, GA  31419 | $877.68<br>INT:  6.75%<br>NAME ID: 181944<br>CLAIM #:  0009 | (V) VEHICLE-SECURED<br><br>ACCT: 8979<br>COMMENT:  07MITS,720OR,TITLE RECD<br>SENT INS CO 8/20 |
| UNC HEALTHCARE<br>P O BOX 1123<br>MINNEAPOLIS, MN  55440-1123 | $1,122.47<br>INT:  .00%<br>NAME ID: 170446<br>CLAIM #:  0032 | (U) UNSECURED<br><br>ACCT: 8979<br>COMMENT: |
| US DEPT OF HOUSING & URBAN DEV<br>2401 NW 23RD ST STE 1A1<br>OKLAHOMA CITY, OK  73107 | $0.00<br>INT:  .00%<br>NAME ID: 167852<br>CLAIM #:  0030 | (S) SECURED<br>DIRECT PAY<br>ACCT: 3812<br>COMMENT: OC,DIR |
| US DEPT OF HOUSING & URBAN DEV<br>2401 NW 23RD ST STE 1A1<br>OKLAHOMA CITY, OK  73107 | $0.00<br>INT:  .00%<br>NAME ID: 167852<br>CLAIM #:  0031 | (S) SECURED<br>DIRECT PAY<br>ACCT: 3812<br>COMMENT: OC,DIR |

PAGE 4  -  CHAPTER 13 CASE NO. 20-10133

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---:|---|
| VERIZON<br>500 TECHNOLOGY DR<br>WELDON SPRING, MO  63304 | $0.00<br>INT:  .00%<br>NAME ID:  44612<br>CLAIM #:  0025 | (U) UNSECURED<br>NOT FILED<br>ACCT:  XXXX<br>COMMENT: |
| WAKE FOREST BAPTIST HEALTH<br>MEDICAL CENTER BLVD<br>WINSTON SALEM, NC  27157 | $149.66<br>INT:  .00%<br>NAME ID:  152268<br>CLAIM #:  0029 | (U) UNSECURED<br><br>ACCT:  8979<br>COMMENT: |
| WEBBANK/FRESH START<br>6250 RIDGEWOOD RD<br>SAINT CLOUD, MN  56303 | $0.00<br>INT:  .00%<br>NAME ID:  147205<br>CLAIM #:  0026 | (U) UNSECURED<br>NOT FILED<br>ACCT:  XXXX<br>COMMENT: |
| WELLS FARGO<br>P O BOX 10335<br>DES MOINES, IA  50306 | $0.00<br>INT:  .00%<br>NAME ID:  59247<br>CLAIM #:  0027 | (U) UNSECURED<br>NOT FILED<br>ACCT:  XXXX<br>COMMENT: |
| **TOTAL:** | **$23,324.35** | |
| TOMMY S BLALOCK III ESQ<br>BLALOCK LAW OFFICES PA<br>620 GREEN VALLEY RD STE 209<br>GREENSBORO, NC  27408 | $4,200.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

>  Clerk, U.S. Bankruptcy Court
>  101 S. Edgeworth Street
>  P.O. Box 26100
>  Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.


Date:  12/02/2020                                      OFFICE OF THE CHAPTER 13 TRUSTEE

By:  /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc: Debtor
Attorney for Debtor - Electronic Notice